UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

Anthony Dean Prestel, #31871-509,
P.O. Box 9000
Seagoville, TX 75159
Plaintiff, Pro Se

v.

National Railroad Passenger Corporation (Amtrak);
City of Moore, Oklahoma; and
John Doe Train Engineer and Crew,
Defendants.

Civil Action No. _____

FILED

OCT 14 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ DEPUTY

---

1. MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT AND AUTHORIZATION TO SUBPOENA POLICE REPORT

Plaintiff, Anthony Dean Prestel, individually and as next of kin of the Estate of Icelee Elaine Prestel, deceased, respectfully moves the Court for an extension of time to file his Complaint and authorization to subpoena the Moore Police Department for the investigative report of the fatal train collision on October 16, 2023.

Background:

1. On October 16, 2023, Plaintiff's daughter, Icelee Elaine Prestel, was fatally struck by an Amtrak train at the railroad crossing located at Southeast 4th Street and Tower Drive, Moore, Oklahoma.

2. Plaintiff intends to file a federal civil complaint for wrongful death and negligence against Amtrak, the City of Moore, and the John Doe train crew.

3. The Moore Police Department responded to the scene and generated an official investigative report regarding the collision.

4. Despite repeated requests, the police report has not been released. This report contains material facts necessary to establish liability, causation, and damages.

5. Plaintiff requests an extension of 60 days from the date of this Motion to file the Complaint to allow time to obtain the investigative report.

6. Plaintiff also requests the Court authorize a subpoena duces tecum to the Moore Police Department for the investigative report, including photographs, witness statements, or recordings related to the collision.

7. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests the Court:
a. Grant an extension of time of 60 days to file the Complaint;
b. Authorize the issuance of a subpoena duces tecum to the Moore Police Department;
c. Grant any other relief the Court deems just and proper.

Respectfully submitted,

/s/ Anthony Dean Prestel
Anthony Dean Prestel, #31871-509
P.O. Box 9000
Seagoville, TX 75159
Plaintiff, Pro Se

Date: 10/10/25

*[signature: Anthony Dean Prestel]*

---

2. SUBPOENA DUCES TECUM

To: Moore Police Department
911 North Broadway Avenue
Moore, Oklahoma 73160

YOU ARE COMMANDED to produce the following documents, records, and materials in your possession, custody, or control related to the incident occurring on October 16, 2023, at or near the railroad crossing located at Southeast 4th Street and Tower Drive, Moore, Oklahoma:

1. The official police investigative report regarding the fatal collision involving Icelee Elaine Prestel.

2. Any photographs, video, or audio recordings taken during the investigation.

3. Any witness statements, interviews, or written accounts gathered by police personnel.

4. Any other documents or records relating to the Amtrak train collision on the above date.

Date and Time to Produce: _____ (as ordered by the Court)
Location to Produce: Clerk of the United States District Court for the Western District of Oklahoma, 200 N.W. 4th Street, Oklahoma City, OK 73102, or as otherwise directed by the Court.

Issued by: United States District Court, Western District of Oklahoma
Civil Action No. _____

Signature of Clerk / Judge: _____
Date: _____

Issued on behalf of:
Anthony Dean Prestel, #31871-509
P.O. Box 9000
Seagoville, TX 75159
Plaintiff, Pro Se


---

3. COVER LETTER TO MOORE POLICE DEPARTMENT

Anthony Dean Prestel, #31871-509
P.O. Box 9000
Seagoville, TX 75159

[Date]

To: Records Division

Moore Police Department
911 North Broadway Avenue
Moore, Oklahoma 73160

Re: Subpoena Duces Tecum – Police Report for October 16, 2023 Train Collision

Dear Records Custodian:

Enclosed please find a Subpoena Duces Tecum, issued pursuant to the authority of the United States District Court for the Western District of Oklahoma, in the civil case of Anthony Dean Prestel v. National Railroad Passenger Corporation, et al., Civil Action No. _____.

The subpoena requests production of all records, reports, photographs, and statements related to the fatal collision involving my daughter, Icelee Elaine Prestel, which occurred on October 16, 2023, at the railroad crossing located at Southeast 4th Street and Tower Drive, Moore, Oklahoma.

Please produce the requested materials to the Clerk of the United States District Court, Western District of Oklahoma, 200 N.W. 4th Street, Oklahoma City, OK 73102, or as otherwise directed by the Court.

If you have any questions regarding the subpoena, or require clarification regarding delivery, please contact the Clerk of the Court.

Thank you for your prompt attention and cooperation.

/s/ Anthony Dean Prestel
Anthony Dean Prestel, #31871-509
Plaintiff, Pro Se


---

4. PROPOSED ORDER GRANTING EXTENSION AND AUTHORIZING SUBPOENA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Anthony Dean Prestel, #31871-509,
Plaintiff, Pro Se

v.

National Railroad Passenger Corporation (Amtrak);

City of Moore, Oklahoma; and
John Doe Train Engineer and Crew,
Defendants.

Civil Action No. _____

---

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File Complaint and Authorization to Subpoena Police Report, it is hereby:

1. ORDERED that Plaintiff is granted an extension of time of 60 days from the date of this Order to file his Complaint.

2. ORDERED that Plaintiff is authorized to issue a subpoena duces tecum to the Moore Police Department for the investigative report, photographs, witness statements, and any other records related to the fatal train collision involving Icelee Elaine Prestel on October 16, 2023.

3. This extension and authorization are granted for good cause shown.

4. The Clerk of the Court is directed to provide a copy of this Order to Plaintiff for service with the subpoena.

IT IS SO ORDERED.

Date: _____

_____
United States District Judge